# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No. 2:15-cv-00695-APG-NJK |
| Plaintiff(s), | ORDER GRANTING MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT |
| vs. | |
| SATICOY BAY LLC, et al., | (Docket No. 19) |
| Defendant(s). | |

Pending before the Court is Defendant Westwood Community Association's ("Westwood") motion for leave to file a third-party complaint. Docket No. 19. To date, no response has been filed in opposition. *See* Docket. Accordingly, the motion is hereby **GRANTED** as unopposed. *See* Local Rule 7-2(d). Pursuant to Local Rule 15-1(b), no later than October 1, 2015, Defendant Westwood shall file and serve the third-party complaint.

IT IS SO ORDERED.

DATED: September 24, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge