**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No. 2:15-cv-00695-APG-NJK |
| Plaintiff, | |
| v. | **ORDER CERTIFYING CASE TO NEVADA ATTORNEY GENERAL** |
| SATICOY BAY LLC, *et al.* | |
| Defendants. | |

This case involves a constitutional challenge to Nevada state statutes, specifically Chapter 116. Pursuant to 28 U.S.C. § 2403(b) and Federal Rule of Civil Procedure 5.1(b), I hereby certify to the Attorney General for the State of Nevada that the constitutionality of Chapter 116 has been called into question in this action. Pursuant to Rule 5.1(c), the Attorney General for the State of Nevada has sixty (60) days from the date of this Order to intervene in this action, if it chooses to do so.

**IT IS THEREFORE ORDERED** that the Clerk of Court shall mail a copy of this Order to the Attorney General for the State of Nevada, via certified mail, return receipt requested, at each of the following addresses:

>Hon. Adam Paul Laxalt
>Office of the Attorney General
>100 North Carson Street
>Carson City, Nevada 89701

>Hon. Adam Paul Laxalt
>Office of the Attorney General
>Grant Sawyer Building
>555 E. Washington Avenue, Suite 3900
>Las Vegas, Nevada 89101

DATED THIS 10th day of March, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE