WING YAN WONG, ESQ.
Nevada Bar No. 13622
GORDON & REES LLP
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
E-Mail: wwong@gordonrees.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A. <br><br> Plaintiff, <br><br> vs. <br><br> SATICOY BAY LLC; WESTWOOD COMMUNITY ASSOCIATION; DOE INDIVIDUALS I-X; inclusive, and ROE CORPORATIONS I_X, inclusive, <br><br> Defendants. | Case No.:  2:15-cv-00695-APG-NJK <br><br> **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

Pursuant to Local Rule IA 11-6, Wing Yan Wong, Esq., respectfully moves the court for an order removing attorney Wing Yan Wong, Esq. (Nevada Bar No. 13622), email addresses wwong@gordonrees.com, and gangulo@gordonrees.com, mogella@gordonrees.com, pprice@gordonrees.com, rlarsen@gordonrees.com from the electronic service list and granting her withdrawal as counsel for WESTWOOD COMMUNITY ASSOCIATION.  Attorney Wong is no longer with the law firm of BOYACK & TAYLOR, counsel for Defendant WESTWOOD COMMUNITY ASSOCIATION.  Ms. Wong's withdrawal will not delay these proceedings because BOYACK & TAYLOR will remain counsel for WESTWOOD COMMUNITY ASSOCIATION.

/ / /

/ / /

/ / /

1   Accordingly, there is good cause to justify granting Ms. Wong's withdrawal and removal
2  from the electronic service list in this case.

DATED this 18th day of August, 2016.

GORDON & REES, LLP

*/w/ Wing Yan Wong*
Wing Yan Wong, Esq.
Nevada Bar No. 13622
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101

IT IS SO ORDERED.
DATED:    August 19, 2016

NANCY J. KOPPE
United States Magistrate Judge

-2-

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 18th day of August, 2016, and pursuant to Fed. R. Civ. Pro. 5, I served via CM/ECF and/or deposited for mailing in the U. S. Mail, a true and correct copy of the foregoing **MOTION TO REMOVE ATTORNEY FROM ELECTRONICSERVICE LIST** was served upon those persons designated by the parties in the E-Service Master List upon the following:

ALL PARTIES ON THE E-SERVICE LIST

                                                    */s/ Gayle Angulo*
                                                    An Employee of GORDON & REES, LLP

**Gordon & Rees LLP**
300 South Fourth Street
Suite 1550
Las Vegas, NV 89101