DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
BRETT M. COOMBS, ESQ.
Nevada bar No. 12570
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: brett.coombs@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> SATICOY BAY LLC; WESTWOOD COMMUNITY ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, <br><br> Defendants. | Case No.: 2:15-cv-00695-APG-NJK <br><br> **NOTICE OF DISASSOCIATION OF COUNSEL** |
| SATICOY BAY LLC, <br><br> Counter-Claimant, <br><br> vs. <br><br> BANK OF AMERICA, N.A., <br><br> Counter-Defendant. | |
| WESTWOOD COMMUNITY ASSOCIATION, <br><br> Third-Party Plaintiff, <br><br> vs. <br><br> TERRA WEST COLLECTIONS GROUP, LLC, a Nevada limited liability company d/b/a ASSESSMENT MANAGEMENT SERVICES, <br><br> Third-Party Defendant. | |

{39507478;1}

Plaintiff Bank of America, N.A. (**BANA**), by and through its counsel of record, Akerman LLP, hereby provide notice that Donna M. Wittig, Esq. is no longer associated with the firm of AKERMAN LLP. BANA requests that Ms. Wittig be removed from the Court's CM/ECF service list.

AKERMAN LLP will continue to represent BANA and requests that Darren T. Brenner and Brett M. Coombs, Esq. receive all future notices.

Respectfully submitted, this 13th day of September, 2016.

        **AKERMAN LLP**

        /s/ *Brett M. Coombs*

        Darren T. Brenner, Esq.
        Nevada Bar No. 8386
        Brett M. Coombs, Esq.
        Nevada bar No. 12570
        1160 Town Center Drive, Suite 330
        Las Vegas, Nevada 89144

        *Attorneys for Bank of America, N.A.*

### COURT APPROVAL

IT IS SO ORDERED.

Date: September 14, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge

{39507478;1}

2

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of September, 2016, service of the foregoing **NOTICE OF DISASSOCIATION OF COUNSEL** was made pursuant to FRCP 5(b) and electronically transmitted to the Clerk's Office using the CM/ECF system for filing and transmittal to all interested parties.

Edward D. Boyack, Esq.
BOYACK ORME & TAYLOR
401 N. Buffalo Drive, Suite 202
Las Vegas, Nevada  89145
Email:  ted@boyacklaw.com

*Attorneys for Westwood Community Association*

Michael F. Bohn, Esq.
Gerald L. Tan, Esq.
LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.
376 East Warm Springs Road, Suite 140
Las Vegas, Nevada  89119
Email:  mbohn@bohnlawfirm.com

*Attorneys for Saticoy Bay LLC*

Aviva Y Gordon, Esq.
Ellis & Gordon
510 South 9th Street
Las Vegas, Nevada  89101
Email: agordon@gordonlawlv.com

*Attorney for Terra West Collections Group, LLC dba Assessment Management Services*

                                       */s/ Josephine Washenko*
                                       An employee of AKERMAN LLP