MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
ADAM R. TRIPPIEDI, ESQ.
Nevada Bar No.: 12294
atrippiedi@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ.
376 East Warm Springs Road, Ste. 140
Las Vegas, Nevada 89119
(702) 642-3113/ (702) 642-9766 FAX

Attorneys for defendant Saticoy Bay LLC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> v. <br><br> SATICOY BAY LLC; WESTWOOD COMMUNITY ASSOCIATION; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, <br><br> Defendants. | CASE NO.:   2:15-cv-00695-APG-NJK |

**NOTICE OF DISASSOCIATION**

Saticoy Bay LLC(**SATICOY**) hereby provides notice  Gerald  L. Tan, Esq., is no longer associated with the Law Offices of Michael F. Bohn, Esq. **SATICOY** requests Mr. Tan be removed from the CM/ECF service list.

/ / /

/ / /

/ / /

/ / /

1

Law Offices of Michael F. Bohn, Esq will continue to represent **SATICOY** and requests Michael F. Bohn, Esq., and Adam R. Trippiedi, Esq. receive all future notices.

DATED this 2nd day of March 2017.

          LAW OFFICES OF
          MICHAEL F. BOHN, ESQ., LTD.

          By: /s/ Michael F. Bohn, Esq. /
          Michael F. Bohn, Esq.
          376 East Warm Springs Road, Ste. 140
          Las Vegas, Nevada 89119
          Attorney for defendant Saticoy Bay LLC.

**COURT APPROVAL**

IT IS SO ORDERED.

Date: March 3, 2017

_____
UNITED STATES MAGISTRATE JUDGE