DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: jamie.combs@akerman.com
*Attorneys for Plaintiff/Counter-Defendant Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>SATICOY BAY LLC; WESTWOOD COMMUNITY ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-00695-APG-NJK<br><br>**NOTICE OF DISASSOCIATION** |
| SATICOY BAY LLC,<br><br>Counter-Claimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A.,<br><br>Counter-Defendant. | |
| WESTWOOD COMMUNITY ASSOCIATION,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>TERRA WEST COLLECTIONS GROUP, LLC, a Nevada limited liability company d/b/a ASSESSMENT MANAGEMENT SERVICES,<br><br>Third-Party Defendant. | |

1

43368004;1

PLEASE TAKE NOTICE that Bank of America, N.A., hereby provides notice Brett M. Coombs, Esq., is no longer associated with the law firm of Akerman LLP.

Akerman LLP continues to serve as counsel for Bank of America, N.A in this action. All future correspondence and papers in this action should continue to be directed Darren T. Brenner, Esq. and Jamie K. Combs, Esq., receive all future notices.

DATED this 14th day of November, 2017.

**AKERMAN LLP**

*/s/ Jamie K. Combs*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1160 N. Town Center Drive, #330
Las Vegas, Nevada 89144
*Attorneys for Plaintiff/Counter-Defendant Bank of America, N.A.*

IT IS SO ORDERED.

Dated: November 15, 2017

_____
UNITED STATES MAGISTRATE JUDGE

2

43368004;1