1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Plaintiff/Counter-Defendant Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BANK OF AMERICA, N.A.,

Plaintiff,

vs.

SATICOY BAY LLC; WESTWOOD COMMUNITY ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,

Defendants.

SATICOY BAY LLC,

Counter-Claimant,

vs.

BANK OF AMERICA, N.A.,

Counter-Defendant.

WESTWOOD COMMUNITY ASSOCIATION,

Case No.: 2:15-cv-00695-APG-NJK

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO OPPOSE MOTIONS FOR SUMMARY JUDGMENT**

**(FIRST REQUEST)**

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1

46979430;1
47698819;1

1

Third-Party Plaintiff,

2

vs.

3
TERRA WEST COLLECTIONS GROUP, LLC,
a Nevada limited liability company d/b/a
ASSESSMENT MANAGEMENT SERVICES,

4

5

Third-Party Defendant.

6

7    Plaintiff/counter-defendant Bank of America, N.A. (**BANA**), defendant/counter-claimant

8    Saticoy Bay LLC (**Saticoy Bay**), defendant/third-party plaintiff Westwood Community Association

9    (**Westwood**), and third-party defendant Terra West Collections Group, LLC d/b/a Assessment

10   Management Services (**AMS**) jointly submit this stipulation to extend all parties' deadline to oppose

11   summary judgment for ten days to February 14, 2018.

12   The current deadline is February 4, 2019, 21 days after the summary judgment motions were

13   filed on January 15. (*See* ECF Nos. 62, 63, 64.) The continuance is requested because the parties'

14   counsel are currently drafting briefs in numerous cases and need additional time to respond adequately

15   to the arguments in the motions.

16   …

17   …

18   …

19   …

20   …

21   …

22   …

23   …

24   …

25   …

26   …

27   …

28

2

46979430;1
47698819;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1  This is the parties' first request for an extension of this deadline, and is not intended to cause

2  undue delay or prejudice to any party.

3

4  DATED:  February 1, 2019 | DATED:  February 1, 2019

5  **AKERMAN LLP** | **LAW OFFICES OF MICHAEL F. BOHN, ESQ. LTD.**

6  */s/ Jamie K. Combs* | */s/ Michael F. Bohn*

7  DARREN T. BRENNER, ESQ. | MICHAEL F. BOHN, ESQ.
   Nevada Bar No. 8386 | Nevada Bar No. 1641
   JAMIE K. COMBS, ESQ. | ADAM R. TRIPPIEDI, ESQ.

8  Nevada Bar No. 13088 | Nevada Bar No. 12294
   1635 Village Center Circle, Suite 200 | 2260 Corporate Circle, Suite 480

9  Las Vegas, Nevada 89134 | Henderson, Nevada 89074

10  *Attorneys for Bank of America, N.A.* | *Attorneys for Saticoy Bay LLC*

11  DATED:  February 1, 2019 | DATED:  February 1, 2019

12  **BOYACK ORME & ANTHONY** | **MCDONALD CARANO, LLP**

13  */s/ Christopher B. Anthony* | */s/ Jason Sifers*

14  EDWARD D. BOYACK, ESQ. | GEORGE F. OGILVIE III, ESQ.
    Nevada Bar No. 5229 | Nevada Bar No. 3552
    CHRISTOPHER B. ANTHONY, ESQ. | JASON SIFERS, ESQ.

15  Nevada Bar No. 9748 | Nevada Bar No. 14273
    7432 West Sahara Avenue, Suite 101 | 2300 W. Sahara Ave., Suite 1200

16  Las Vegas, Nevada 89117 | Las Vegas, Nevada 89102

17  *Attorneys for Westwood Community Association* | *Attorneys for Terra West Collections Group, LLC d/b/a Assessment Management Services*

18

19

20                    **ORDER**

21     **IT IS SO ORDERED:**

22

23

24  **UNITED STATES DISTRICT JUDGE**

25  02/01/2019

26  **DATED**

27

28

3

46979430;1
47698819;1