DARREN T. BRENNER
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Plaintiff Bank of America, N.A*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> SATICOY BAY LLC; WESTWOOD COMMUNITY ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, <br><br> Defendants. | Case No.: 2:15-cv-00695-APG-NJK <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINES TO REPLY SUPPORTING MOTIONS FOR SUMMARY JUDGMENT [ECF NO. 67, 68]** <br><br> **[FIRST REQUEST]** |
| SATICOY BAY LLC, <br><br> Counterclaimant, <br><br> vs. <br><br> BANK OF AMERICA, N.A., <br><br> Counterdefendant. | |

Plaintiff and counterdefendant Bank of America, N.A., (**BANA**), defendant and counterclaimant Saticoy Bay, LLC (**Saticoy**), stipulate to allow (**1**) BANA seven additional days to reply to Saticoy's opposition to its motion for partial summary judgment, ECF No. 67, and (**2**)

1

48095369;1

AKERMAN LLP
1635 VILLAGE CENTER CIR. SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Saticoy seven additional days to reply to BANA's opposition to its motion for summary judgment, ECF No. 68.

1. BANA filed its motion for partial summary judgment on January 14, 2019. [ECF No. 63]. Saticoy filed its opposition on February 14, 2019. (ECF No. 67.)

2. Saticoy filed its motion for summary judgment on January 14, 2019. [ECF No. 64]. BANA filed its opposition on February 14, 2019. (ECF No. 68.)

3. The deadline for filing replies is February 28, 2019;

4. The parties stipulate to extending the deadline to reply to BANA's motion for partial summary judgment and Saticoy's motion for summary judgment by seven days, to March 7, 2019, to allow the parties additional time to prepare their briefing.

5. This is the parties' first request to extend the opposition briefing deadlines, and is not made to cause delay or prejudice to any party.

This the 27th day of February, 2019.   This the 27th day of February, 2019.

**AKERMAN LLP**   **LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.**

*/s/ Jamie K. Combs*   */s/ Michael F. Bohn*
Darren T. Brenner, Esq.   Michael F. Bohn, Esq.
Nevada Bar No. 8386   Nevada Bar No. 1641
Jamie K. Combs, Esq.   Adam R. Trippiedi, Esq.
Nevada Bar No. 13088   Nevada Bar No. 12294
1635 Village Center Circle, Suite 200   2260 Corporate Circle, Suite 480
Las Vegas, Nevada 89134   Henderson, Nevada 89074

*Attorneys for Bank of America, N.A.*   *Attorneys for Saticoy Bay LLC*


**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: March 1, 2019.

2

48095369;1